450 A.2d 205

Commonwealth v. Flynn, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted September 10, 1981. Joshua M. Briskin, for appellant; Garold Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order affirmed.